# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Viola Vernice Proctor**　　　　　　　　**BK NO. 22-01309 HWV**

　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ *Denise Carlon*
　　　　　　　　　　　　　　　Denise Carlon
　　　　　　　　　　　　　　　25 Jul 2022, 16:29:01, EDT


　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　215-627-1322