United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                              Case No. 22-01309-HWV

Viola Vernice Proctor                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                        User: AutoDocke                                         Page 1 of 3
Date Rcvd: Aug 19, 2022                              Form ID: ntcnfhrg                                    Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Viola Vernice Proctor, 2658 N 6th Street, Harrisburg, PA 17110-2604 |
| 5485359 | + | AMATO KEATING AND LESSA, PC, 107 N COMMERCE WAY, STE 100, BETHLEHEM, PA 18017-8913 |
| 5485360 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5485365 | | CCB/BOSCOV, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5485370 | + | HAYT, HAYT, & LANDAU, 2 INDUSTRIAL WAY WEST, PO BOX 500, EATONTOWN, NJ 07724-0500 |
| 5485375 | + | MORRISON EYE ASSOCIATES, 2 BRIARCREST SQUARE, HERSHEY, PA 17033-2359 |
| 5485391 | | VETERANS ADMINISTRATION, BISHOP HENRY WHIPPLE, FEDERAL BLDG FORT SNELLING, ST PAUL, MN 55111 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2022 18:41:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2022 18:41:36 | CAP1/WMT, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5485362 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2022 18:41:36 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5485363 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 19 2022 18:36:00 | CB/NY&CO, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5485364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 19 2022 18:36:00 | CB/WAYFAIR, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5485366 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2022 18:36:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5485367 | + | Email/Text: dylan.succa@commercialacceptance.net | Aug 19 2022 18:36:00 | COMMERCIAL ACCEPTANCE CO., 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5485368 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2022 18:41:38 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5485387 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 19 2022 18:36:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5485369 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2022 18:42:00 | DSNB MACYS, BK NOTICES, PO BOX 8053, MASON, OH 45040-8053 |
| 5485371 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2022 18:36:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5485372 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recipient # | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 19 2022 18:36:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5485373 | + Email/Text: bankruptcy@marinerfinance.com | Aug 19 2022 18:36:00 | MARINER FINANCE LLC, BK NOTICES, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5485374 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2022 18:36:00 | MIDLAND CREDIT MANAGEMENT, INC, BK NOTICES, 350 CAMINO DE LA REINA, STE 100, SAN DIEGO, CA 92108-3007 |
| 5485376 | Email/PDF: cbp@onemainfinancial.com | Aug 19 2022 18:41:51 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5485377 | Email/Text: bankruptcies@penncredit.com | Aug 19 2022 18:36:00 | PENN CREDIT CORP, 2800 COMMERCE DRIVE, PO BOX 69703, HARRISBURG, PA 17106 |
| 5485378 | + Email/PDF: ebnotices@pnmac.com | Aug 19 2022 18:41:40 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA 93021-2602 |
| 5485379 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 19 2022 18:41:51 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5485380 | + Email/Text: ngisupport@radiusgs.com | Aug 19 2022 18:36:00 | RADIUS GLOBAL SOLUTIONS LLC, PHYSICAL ADDRESS, 7831 GLENROY RD, STE 250, MINNEAPOLIS, MN 55439-3117 |
| 5485381 | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:51 | SYNCB/JCP, BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5485382 | + Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:57 | SYNCB/PPMC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5485383 | + Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:58 | SYNCB/STNMRT, BANKRUPTCY NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5485384 | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:58 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5485513 | + Email/PDF: gecsedi@recoverycorp.com | Aug 19 2022 18:41:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5485385 | + Email/Text: bncmail@w-legal.com | Aug 19 2022 18:36:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5485386 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2022 18:41:53 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5485388 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 19 2022 18:36:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5485389 | + Email/Text: BAN5620@UCBINC.COM | Aug 19 2022 18:36:00 | UNITED COLLECTION BUREAU INC, 5620 SOUTHWYCK BLVD SUITE 206, TOLEDO, OH 43614-1501 |
| 5485390 | ^ MEBN | Aug 19 2022 18:34:06 | UPMC HEALTH SERVICES BK NOTICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5485392 | + Email/Text: bk@avant.com | Aug 19 2022 18:36:00 | WEBBANKAVANT, 222 N LASALLE STREET, CHICAGO, IL 60601-1003 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Viola Vernice Proctor DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Viola Vernice Proctor karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Viola Vernice Proctor,    Chapter    13

**Debtor 1**

Case No.    1:22−bk−01309−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 21, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 28, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 19, 2022 |

ntcnfhrg (08/21)

Case 1:22-bk-01309-HWV    Doc 23    Filed 08/21/22    Entered 08/22/22 00:19:49    Desc
Imaged Certificate of Notice    Page 4 of 4